IN RE VICENTE PÉREZ DÍAZ, Respondent.

No. 81. Argued April 23, 1952.—Decided April 30, 1952.

ORDER

By order of the Court, the per curiam decision in the above-entitled case, disbarring Vicente Pérez Díaz, will not be published in the English language.